

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Briceson Loving DEFENDANT(S). | 09 CR 1099 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Dec. 18_, _2017_, at _1:00_ ☐a.m. / ☒p.m. before the Honorable _Rick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/15/17_          _____
                                      U.S. District Judge/Magistrate Judge